STATE v. GARVIN

No. 441P02

Case below: 151 N.C. App. 749

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 October 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

STATE v. GREENE

No. 233P02

Case below: 149 N.C. App. 668

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 August 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

STATE v. HARRIS

No. 345A92-4

Case below: Onslow County Superior Court

Petition by plaintiff for writ of certiorari to review the order of the Superior Court, Onslow County, dismissed 3 October 2002. Motion by defendant to dismiss petition for writ of certiorari allowed 3 October 2002.

STATE v. JACOBS

No. 149P02

Case below: 137 N.C. App. 588

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.